■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JOSEPH COURTNEY, Appellant.— Judgment unanimously affirmed. (See *People* v. *Sullivan*, 4 N Y 2d 472; *People* v. *Goodwin*, 33 A D 2d 1101.) (Appeal from judgment of Herkimer County Court resentencing defendant on conviction for assault, second degree, grand larceny, second degree and unlawful entry.) Present — Del Vecchio, J. P., Witmer, Gabrielli and Henry, JJ.